RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
DAWN A. PENN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Dawn_Penn@fd.org

Attorney for Cesar Manuel Espinoza-Aguirre

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

CESAR MANUEL ESPINOZA-AGUIRRE,

Defendant.

Case No. 2:26-mj-00410-DJA

**STIPULATION TO CONTINUE PRELIMINARY HEARING**
(Second Request)

IT IS HEREBY STIPULATED AND AGREED, by and between Todd Blanche, Attorney General of the United States Attorney, and Clay Plummer, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Dawn A. Penn, Assistant Federal Public Defender, counsel for Cesar Manuel Espinoza-Aguirre, that the Preliminary Hearing currently scheduled on September 18, 2026, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1. The parties are still working towards a preindictment resolution.
2. Additionally, the defense is exploring additional mitigation evidence.
3. The defendant is in custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

6. The additional time requested herein is not sought for purposes of delay, but to allow parties to negotiate.

7. The additional time requested by this stipulation is allowed, with the defendant's consent under the Federal Rules of Procedure 5.1(d).

This is the second request for a continuance of the preliminary hearing.

DATED this 11th day of September, 2026.

RENE L. VALLADARES
Federal Public Defender

By *_/s/ Dawn A. Penn_*
DAWN A. PENN
Assistant Federal Public Defender

TODD BLANCHE
Attorney General of the United States

By *_/s/ Clay Plummer_*
CLAY PLUMMER
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>CESAR MANUEL ESPINOZA-AGUIRRE,<br>Defendant. | Case No. 2:26-mj-00410-DJA<br>**ORDER** |

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for September 18, 2026 at 4:00 p.m., be vacated and continued to **November 18, 2026, at 4:00 p.m.**

DATED this 11th day of September, 2026.

UNITED STATES MAGISTRATE JUDGE